**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

In re:                                                                                  Case No.: 6:20-bk-06605-TPG
                                                                                        Chapter 11
**S&Z, LLC**                                                                            EIN: 86-1175913
**aka A&P Gas & Convenience**

        **Debtor.**
_____/

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32803 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**MOTION FOR DISCHARGE, FINAL DECREE,
AND CERTIFICATE OF SUBSTANTIAL CONSUMMATION**

      COMES NOW, S&Z, LLC, ("Debtor"), through undersigned counsel, pursuant to 11 U.S.C. §1192 and F.R.B.P. 4004, requests the Court enter a Discharge and Final Decree to close this Chapter 11 case, and in support thereof would show as follows:

      1.     The Debtor's Plan of Reorganization was confirmed by this Court's order (Doc. No. 57) dated March 11, 2021, (the "Order") under U.S.C. § 1191(b).

Doc ID: 31ef837d64e436987872c12d7d536bc0798ca149

2. The Order states that, in accordance with 11 U.S.C. § 1192, the Debtor may request a discharge after all required payments in the first three (3) years of the Plan are made

3. The Debtor has successfully completed the first three (3) years of the plan.

4. Therefore, the Plan has been substantially consummated within the meaning of 11 U.S.C. §1101(2).

5. Attached is the Debtor's verified final report and accounting of payment of claims and substantial consummation.

6. Thus, in accordance with Federal Rules of Bankruptcy Procedure 3022, the Plan has been substantially consummated and the Debtor request that this Court enter a Final Decree closing the case and enter a discharge under 11 U.S.C. § 1192.

7. The Subchapter V Trustee should be discharged of any further duties or obligations in this case.

Wherefore, the Debtor respectfully requests this Court (i) grant this Motion for Final Decree and Certificate of Substantial Consummation,(ii) to enter a discharge, (iii) to discharge the Subchapter V Trustee, (iv) to enter a Final Decree, and (v) grant any such further relief that this Court deems just and proper under the circumstances of the case.

DATED this 29th day of November, 2024.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

In re:                                              Case No.: 6:20-bk-06605-TPG
                                                    Chapter 11
S&Z, LLC                                            EIN: 86-1175913
aka A&P Gas & Convenience,

      Debtor.
_____/

## FINAL REPORT AND ACCOUNTING OF PAYMENT OF CLAIMS, SUBSTANTIAL COMPLIANCE WITH PLAN AND CERTIFICATION IN FAVOR OF DISCHARGE

Under penalty of perjury, I declare that:

    1.    I am managing member of the Debtor. I have possession and custody of books and records of the Debtor(s) relating to the payment of claims and distribution of property under the Debtor's Plan of Reorganization (Doc. No. 35).

    2.    Property has been distributed pursuant to the provisions of the Plan and the Order Confirming Plan (Doc. No. 57). As more fully set forth on the attached exhibit, the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

    3.    The Debtor has made at least one payment to all classes of creditors.

    RESPECTFULLY SUBMITTED.

*Sam Bahadoorsingh*
_____
Samdul Bahadoorsingh

Doc ID: 31ef837d64e436987872c12d7d536bc0798ca149

# FINAL REPORT AND ACCOUNTING

| Name of Creditor | Schedule Amount | Claim Amount | Claim # | Amount Allowed | $ paid in Plan | Monthly Payment | Terms |
|---|---|---|---|---|---|---|---|
| Surety | $525,000. | $525,000. | n/a | $525,000. | $169,711.23 | $4,351.57 | 15 years at 5% |
| TLOA of Florida, LLC | $15,644.98 (Orange County Tax Collector) | $7,636.49 | 1 | $7,636.49 | $4,995.51 | $128.09 | 5 years at .25% |
| Keys Tax Funding LLC | $15,644.98 (Orange County Tax Collector) | $7,614.17 | 2 | $7,614.17 | $4,980.69 | $127.71 | 5 years at .25% |
| Dept of Revenue | | $29,680.44 | 5 | $29,860.44 | $22,107.93 | $566.87 1-55 $566.49 55 | 56 mos |

Doc ID: 31ef837d64e436987872c12d7d536bc0798ca149

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

S&Z LLC

CASE NO: 6:20-bk-06605-TPG

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 11/29/2024, I did cause a copy of the following documents, described below,

Motion for Final Decree and Certificate of Substantial Consummation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/29/2024

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  060769
Attorney for Debtor
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL  32803
407 894 6834
tammy@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

S&Z LLC

CASE NO: 6:20-bk-06605-TPG

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 11/29/2024, a copy of the following documents, described below,

Motion for Final Decree and Certificate of Substantial Consummation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/29/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL  32803

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A6<br>CASE 6-20-BK-06605-TPG<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO<br>FRI NOV 29 08-08-52 EST 2024 | SZ LLC<br>8617 FOREST CITY ROAD<br>ORLANDO FL 32810-2262 | AUDREY M ALESKOVSKY<br>OFFICE OF UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 W WASHINGTON ST SUITE 1100<br>ORLANDO FL 32801-2210 |
| FL DEPARTMENT OF REVENUE<br>400 W ROBINSON STREET<br>ORLANDO FL 32801-1736 | MALIK INVESTMENTS INC<br>18631 SW LIBBY ROAD<br>GROVELAND FL 34736-8574 | SURETY BANK<br>CO STACY A ECKERT ESQUIRE<br>2445 S VOLUSIA AVENUE C-1<br>ORANGE CITY FL 32763-7626 |
| CM/ECF E-SERVICE<br>ROBERT ALTMAN +<br>PO BOX 922<br>PALATKA FL 32178-0922 | CM/ECF E-SERVICE<br>ROBERT B BRANSON +<br>BRANSONLAW PLLC<br>1501 E CONCORD STREET<br>ORLANDO FL 32803-5411 | CM/ECF E-SERVICE<br>STACY A ECKERT +<br>STACY A ECKERT PA<br>2445 SOUTH VOLUSIA AVENUE<br>SUITE C-1<br>ORANGE CITY FL 32763-7626 |
| CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   ORL +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET SUITE 1100<br>ORLANDO FL 32801-2210 | CM/ECF E-SERVICE<br>MIRIAM G SUAREZ +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET SUITE 1100<br>ORLANDO FL 32801-2210 | CM/ECF E-SERVICE<br>JEFFREY AINSWORTH +<br>BRANSONLAW PLLC<br>1501 E CONCORD STREET<br>ORLANDO FL 32803-5411 |
| CM/ECF E-SERVICE<br>JACOB D FLENTKE +<br>FLENTKE LEGAL CONSULTING PLLC<br>1501 E CONCORD STREET<br>ORLANDO FL 32803-5411 | CM/ECF E-SERVICE<br>AUDREY M ALESKOVSKY +<br>DOJUST<br>400 W WASHINGTON ST<br>STE 1100<br>ORLANDO FL 32801-2210 | CM/ECF E-SERVICE<br>BRYAN E BUENAVENTURA +<br>DOJUST<br>501 EAST POLK STREET<br>STE 1200<br>TAMPA FL 33602-3945 |